# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CARESTREAM HEALTH HOLDINGS, INC.,[1]<br><br>        Reorganized Debtors. | Chapter 11<br><br>Case No. 22-10781 (JKS)<br><br>(Formerly Jointly Administered under Lead Case: *In re Carestream Health, Inc.*, Case No. 22-10778 (JKS))<br><br>**Re: Docket Nos. 235, 238, 239, 241, 242, 5[2]** |

Hearing Date: December 15, 2022 at 2:00 p.m. (ET)

## NOTICE OF HEARING TO CONSIDER FINAL APPROVAL AND ALLOWANCE OF FEE APPLICATIONS

TO: (a) Office of the United States Trustee; (b) those persons who have requested notice pursuant to Bankruptcy Rule 2002; and (c) affected parties.

**PLEASE TAKE NOTICE** that a hearing to consider final approval and allowance of the fee applications (the "Fee Applications") filed in these cases (as specifically set forth below) will be held on **December 15, 2022 at 2:00 p.m. prevailing Eastern Time**, before the Honorable J. Kate Stickles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

- First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors

---

[1] The Reorganized Debtor in these chapter 11 cases, along with the last four digits of the Reorganized Debtor's federal tax identification number is: Carestream Health Holdings, Inc. (7822). The location of the Reorganized Debtor's service address is: 150 Verona Street, Rochester, New York 14608. On November 10, 2022, the Court entered an order [Docket No. 245] closing the chapter 11 cases of the Reorganized Debtors other than Case No. 22-10781 (JKS).

[2] Docket numbers refer to Case Nos. 22-10778 (JKS) and 22-10781 (JKS).

- in Possession, for the Period from August 23, 2022 through September 28, 2022 [Filed: 11/3/22] (Docket No. 235);

- Final Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period from August 23, 2022 Through and Including September 28, 2022 [Filed: 11/7/22] (Docket No. 238);

- First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from August 23, 2022, Through and Including September 28, 2022 [Filed: 11/7/22] (Docket No. 239);

- Final Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 23, 2022 through September 28, 2022 [Filed: 11/8/22] (Docket No. 241);

- First and Final Fee Application of Houlihan Lokey Capital, Inc. as Investment Banker to Debtors for Allowance and Final Approval of Compensation for Services Rendered and for Reimbursement of Expenses for the Period of August 23, 2022 through September 28, 2022 [Filed: 11/8/22] (Docket No. 242); and

- First and Final Fee Application of Ernst & Young LLP for Compensation and Reimbursement of Expenses Incurred as Tax Services Provider for the Period August 23, 2022 through September 28, 2022 [Filed: 11/11/22] (Docket No. 5).

**PLEASE TAKE FURTHER NOTICE** that the Fee Applications were previously served upon you and objection deadlines were provided in the notices of Fee Applications.

**PLEASE TAKE FURTHER NOTICE** that you may obtain a full copy of any of the Fee Applications for a fee through the Court's website at www.deb.uscourts.gov; or the documents may be obtained for free by accessing the Reorganized Debtors' restructuring website at https://kccllc.net/Carestream.

| | |
|---|---|
| Dated:  November 22, 2022 | */s/ Timothy P. Cairns* |

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:    (302) 652-4100
Facsimile:     (302) 652-4400
Email:            ljones@pszjlaw.com
                      tcairns@pszjlaw.com
                      ecorma@pszjlaw.com

-and-

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Tricia Schwallier Collins
Yusuf U. Salloum (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:            patrick.nash@kirkland.com
                      tricia.schwallier@kirkland.com
                      yusuf.salloum@kirkland.com

-and-

Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Rachael M. Bentley (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:            nicole.greenblatt@kirkland.com
Email:            rachael.bentley@kirkland.com

*Co-Counsel for the Reorganized Debtors*