IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CARESTREAM HEALTH HOLDINGS, INC.,[1] | ) ) ) | Case No. 22-10781 (JKS) |
| Reorganized Debtors. | ) ) ) ) ) | (Formerly Jointly Administered under Lead Case: *In re Carestream Health, Inc.*, Case No. 22-10778 (JKS)) |

Related Case No. 22-10778 Docket Nos.:235, 238, 239, 241, 242
Related Case No. 22-10781 Docket No. 5

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER
APPROVING FINAL FEE APPLICATIONS FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

The undersigned counsel for the above-captioned Debtors and Debtors-in-possession (the "**Debtors**") hereby certifies that:

1. On November 7, 2022, the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") the *First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from August 23, 2022, Through and Including September 28, 2022* [Case No. 22-10778; Docket No. 239] (the "**K&E Application**").

2. On November 3, 2022, the Debtors filed with the Court the *First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the*

---

[1] The Reorganized Debtor in these chapter 11 cases, along with the last four digits of the Reorganized Debtor's federal tax identification number is: Carestream Health Holdings, Inc. (7822). The location of the Reorganized Debtor's service address is: 150 Verona Street, Rochester, New York 14608. On November 10, 2022, the Court entered an order [Docket No. 245] closing the chapter 11 cases of the Reorganized Debtors other than Case No. 22-10781 (JKS).

*Period from August 23, 2022 through September 28, 2022* [Case No. 22-10778; Docket No. 235] (the "**PSZJ Application**").

3. On November 8, 2022, the Debtors filed with the Court the *Final Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 23, 2022 through September 28, 2022* [Case No. 22-10778; Docket No. 241] (the "**AlixPartners Application**").

4. On November 8, 2022, the Debtors filed with the Court the *First and Final Fee Application of Houlihan Lokey Capital, Inc. as Investment Banker to the Debtors for Allowance and Final Approval of Compensation for Services Rendered and for Reimbursement of Expenses for the Period of August 23, 2022 through September 28, 2022* [Case No. 22-10778, Docket No. 242] (the "**Houlihan Application**").

5. On November 11, 2022, the Debtors filed with the Court the *First and Final Fee Application of Ernst & Young LLP for Compensation and Reimbursement of Expenses Incurred as Tax Services Provider for the Period August 23, 2022 through September 28, 2022* [Case No. 22-10781; Docket No. 5] (the "**E&Y Application**").

6. On November 7, 2022, the Debtors filed with the Court the *Final Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period from August 23, 2022 Through and Including September 28, 2022* [ase No. 22-10778, Docket No. 238] (the "**KCC Application**").

7. The Debtors received comments from the Court requesting the Debtors to submit certain additional information for the K&E Application, AlixPartners Application,

and Houlihan Application. No comments were received from the Court regarding the PSZJ Application, the E&Y Application, and the KCC Application.

8. The Debtors have not received any other responses or objections to the K&E Application, the AlixPartners Application, the Houlihan Application, the PSZJ Application, the E&Y Application, or the KCC Application (together, the "**Final Fee Applications**"), and no other responses or objections appear on the Court's docket in this case.

9. Attached hereto as **Exhibit 1** is the additional information requested by the Court for the K&E Application. No revision to the requested fees resulted due to the revised time entries for the K&E Application.

10. Attached hereto as **Exhibit 2** is the additional information requested by the Court for the AlixPartners Application. The revisions requested by the Court resulted in a reduction of $92.42 in expenses requested by the AlixPartners Application.

11. Attached hereto as **Exhibit 3** is the additional information requested by the Court for the Houlihan Application. No revision to the requested fees resulted due to the revised time entries for the Houlihan Application.

12. Attached hereto as **Exhibit 4,** is the proposed form of order (the "**Proposed Order**") which incorporates the comments received from the Court and accurately represents the fees and expenses of professionals with respect to the pending Final Fee Applications. The Proposed Order reflects the changes to the requested fees resulting from the Court's comments.

13. Counsel is available, should the Court have any questions regarding the proposed form of order.

14. The Debtor respectfully requests that the Court enter the attached form of order at its earliest convenience.

| | |
|---|---|
| Dated: December 14, 2022<br>Wilmington, Delaware | */s/ Timothy P. Cairns*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Edward Corma (DE Bar No. 6718)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>ecorma@pszjlaw.com |

-and-

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Tricia Schwallier Collins
Yusuf U. Salloum (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          patrick.nash@kirkland.com
                    tricia.schwallier@kirkland.com
                    yusuf.salloum@kirkland.com

-and-

Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Rachael M. Bentley (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          nicole.greenblatt@kirkland.com
Email:          rachael.bentley@kirkland.com

*Co-Counsel for the Reorganized Debtors*