## **Exhibit 1**

Additional K&E Information

| **Overtime Transportation** | | | | |
|---|---|---|---|---|
| No. | Line Item | Departure | Destination | Purpose |
| 1 | 08/23/22 Jimmy Ryan - Jimmy Ryan, Taxi, Overtime Transportation 08/23/2022 $12.94 | New York, NY | New York, NY | Overtime Transportation |
| 2 | 08/23/22 Andrew Townsell - Andrew Townsell, Taxi, Overtime Transportation 08/23/2022 $14.95 | New York, NY | New York, NY | Overtime Transportation |
| 3 | 08/23/22 Andrew Townsell - Andrew Townsell, Taxi, OT Transportation 08/23/2022 $12.36 | New York, NY | New York, NY | Overtime Transportation |
| 4 | 08/23/22 Rachael Marie Bentley - Rachael Marie Bentley, Taxi, Overtime Transportation 08/23/2022 $33.45 | New York, NY | New York, NY | Overtime Transportation |
| 5 | 08/23/22 Zach R. Manning - Zach R. Manning, Taxi, Overtime Transportation, 08/23/2022 $30.00 | New York, NY | Fort Lee, NJ | Overtime Transportation |
| 6 | 08/24/22 Jimmy Ryan - Jimmy Ryan, Taxi, Overtime Transportation, 08/24/2022 $12.05 | New York, NY | New York, NY | Overtime Transportation |
| 7 | 08/31/22 Nick Krislov - Nick Krislov, Taxi, Overtime Transportation, 08/31/2022 $19.97 | Chicago, IL | Chicago, IL | Overtime Transportation |
| 8 | 09/07/22 Jimmy Ryan - Jimmy Ryan, Taxi, Overtime Transportation, 09/07/2022 $18.96 | New York, NY | New York, NY | Overtime Transportation |

| **Overtime Meals** | | | | |
|---|---|---|---|---|
| No. | Line Item | Vendor | Meal | Number of Participants |
| 1 | 08/23/22 Andrew Townsell - Andrew Townsell, Overtime Meals - Attorney, New York Client business Andrew Townsell 08/23/2022 $37.76 | GrubHub | Dinner | 1 |
| 2 | 08/23/22 Zach R. Manning - Zach R. Manning, Overtime Meals - Attorney, New York Client business Zach R. Manning 08/23/2022 $40.00 | GrubHub | Dinner | 1 |
| 3 | 08/28/22 GRUBHUB HOLDINGS INC - Elkin Jordan 8/24/2022 OT Meal $40.00 | GrubHub | Dinner | 1 |
| 4 | 08/31/22 Nick Krislov - Nick Krislov, Overtime Meals - Attorney, Chicago, IL, Nick Krislov 08/31/2022 $40.00 | GrubHub | Dinner | 1 |