## **Exhibit 2**

Additional AlixPartners Information

| Date | Description | Original Amount | Reduction | Final Amount |
|---|---|---|---|---|
| 8/23/2022 | Group Meal Engagement Team related to travel to Rochester for client meetings - Dinner - Denise Lorenzo; David Samikkannu; George Elliott $200.38 - reduce to $150 | 200.38 | 50.38 | 150.00 |
| 8/23/2022 | Group Meal Engagement Team related to travel to Rochester for client meetings - Denise Lorenzo - Lunch - Bradley Hunter; Kehui Wang; Denise Lorenzo; David Samikkannu; George Elliott $135.52 | 135.52 | - | 135.52 |
| 8/24/2022 | Car Rental related to travel to Rochester, New York for client meetings - Bradley Hunter - 2 Days $205.86 | 205.86 | - | 205.86 |
| 8/24/2022 | Group Meal Engagement Team related to travel to Rochester for client meetings - Meal - Denise Lorenzo - Dinner $62.92 - reduce to $50 | 62.92 | 12.92 | 50.00 |
| 8/25/2022 | Taxi from ORD to home returning from Rochester, NY travel related to client meetings - George Elliott $75.00 | 75.00 | - | 75.00 |
| 8/25/2022 | Meal - Engagement Team meal related to travel to Rochester, NY for client meetings - Lunch - Denise Lorenzo; George Elliott $69.79 | 69.79 | - | 69.79 |
| 8/29/2022 | Meal - Engagement Team meal related to travel to Rochester, NY for client meetings - George Elliott and Denise Lorenzo - Out of Office Lunch $99.12 - reduce to $70 | 99.12 | 29.12 | 70.00 |
| 9/8/2022 | Parking/Tolls related to travel to Rochester, NY for client meetings - Jeremy Dioso $66.00 | 66.00 | - | 66.00 |
| | | $ 914.59 | $ 92.42 | $ 822.17 |