## **Exhibit 3**

Additional Houlihan Information

| **Overtime Meals** | | | | |
|---|---|---|---|---|
| No. | Line Item | Vendor(s): | Meal | Number of Participants |
| 1 | 9/6/22 Travel and Overtime Meals CR00305260 $32.88 Ilhardt, Benjamin Overtime Dinner | Sushi X | Dinner | 1 |
| 2 | 9/13/22 Travel and Overtime Meals CR00305422 $22.08 Paya, Salman Overtime Dinner | Sweetgreen | Dinner | 1 |
| 3 | 9/14/22 Travel and Overtime Meals CR00305422 $24.67 Paya, Salman Overtime Dinner | Five Guys | Dinner | 1 |
| 4 | 9/6/22 Travel and Overtime Meals CR00305750 $22.77 Kadiyala, Anastasia Overtime Dinner | Sweetgreen | Dinner | 1 |
| 5 | 9/10/22 Travel and Overtime Meals CR00305750 $24.28 Kadiyala, Anastasia Overtime Dinner | bopNgrill | Dinner | 1 |
| 6 | 9/21/22 Travel and Overtime Meals CR00308098 $27.29 Paya, Salman Overtime Dinner | STK Steakhouse | Dinner | 1 |
| 7 | 9/26/22 Travel and Overtime Meals CR00308098 $23.17 Paya, Salman Overtime Dinner | Sweetgreen | Dinner | 1 |
| 8 | 8/28/22 Travel and Overtime Meals SL-1853-102 $57.75 Multiple Overtime Dinner[1] | | | |
| 8(a) | 8/23/22 Travel and Overtime Meals SL-1853-102 $42.00 Stoker, Clayton Overtime Dinner | Modern Asian Kitchen | Dinner | 1 |
| 8(b) | 8/25/22 Travel and Overtime Meals SL-1853-102 $15.75 Turnbull, Andrew Overtime Dinner | Bombay Eats – Bombay Wraps | Dinner | 1 |
| 9 | 9/27/22 Travel and Overtime Meals SL-1853-100 $79.27 Multiple Overtime Dinner[1] | | | |
| 9(a) | 8/8/22 Travel and Overtime Meals SL-1853-100 $38.45 Stoker, Clayton Overtime Dinner | Bluebird | Dinner | 1 |
| 9(b) | 8/11/22 Travel and Overtime Meals SL-1853-100 $40.82 Stoker, Clayton Overtime Dinner | Modern Asian Kitchen | Dinner | 1 |

---

[1] For the "Multiple Overtime Dinner" billings, the original date presented represents the date the meal invoices were generated from the GrubHub system. The dates of the actual meals are presented in the sub-rows herein.

| **Overtime Transportation** | | | | |
|---|---|---|---|---|
| No. | Line Item | Departure | Destination | Purpose |
| 10 | 9/13/22 Ground Transportation CR00305750 $29.95 Kadiyala, Anastasia Overtime Taxi | Chicago, IL | Chicago, IL | Overtime Transportation |
| 11 | 9/14/22 Ground Transportation CR00305750 $29.92 Kadiyala, Anastasia Overtime Taxi | Chicago, IL | Chicago, IL | Overtime Transportation |

| **Telephone / Data** | | | | |
|---|---|---|---|---|
| No. | Line Item | Vendor | Purpose | Number of Individuals: |
| 12 | The following charges, totaling $61.38, for telephone and data.<br>1. 9/10/22 Telephone and Data CR00308630 $46.38 Ilhardt, Benjamin Telecommunication Services<br>2. 9/7/22 Telephone and Data CR00305260 $15.00 Ilhardt, Benjamin Telecommunication Services | 1. Verizon Wireless<br>2. Gogo Inflight Internet Company | 1. Allocation of monthly cellular phone / data expense<br>2. In-flight Wi-Fi expense | 1. 1<br>2. 1 |