IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) Chapter 11 ) |
| CARESTREAM HEALTH HOLDINGS, INC.,[1] | ) Case No. 22-10781 (JKS) ) |
| Reorganized Debtors. | ) (Formerly Jointly Administered under ) Lead Case: *In re Carestream Health,* ) *Inc.*, Case No. 22-10778 (JKS)) ) |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| February 3, 2023 | 1:00 p.m. prevailing Eastern Time |

**Dated: January 11th, 2023**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Reorganized Debtor in these chapter 11 cases, along with the last four digits of the Reorganized Debtor's federal tax identification number is: Carestream Health Holdings, Inc. (7822). The location of the Reorganized Debtor's service address is: 150 Verona Street, Rochester, New York 14608. On November 10, 2022, the Court entered an order [Docket No. 245] closing the chapter 11 cases of the Reorganized Debtors other than Case No. 22-10781 (JKS).