# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CARESTREAM HEALTH HOLDINGS, INC.,[1] | ) Case No. 22-10781 (JKS) |
| | ) |
| Reorganized Debtors. | ) (Formerly Jointly Administered under |
| | ) Lead Case: *In re Carestream Health,* |
| | ) *Inc.*, Case No. 22-10778 (JKS)) |

## NOTICE OF AGENDA FOR HEARING SCHEDULED
## FOR FEBRUARY 3, 2023, AT 1:00 P.M. (PREVAILING EASTERN TIME)

**THE BELOW LISTED MATTER HAS BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

## RESOLVED MATTER

1. Reorganized Debtors' Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Carestream Health Holdings, Inc., (II) Terminating Claims and Noticing Services, and (III) Granting Related Relief [Filed: 1/10/23] (Docket No. 28).

    Response Deadline:  January 24, 2023 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a) Certification of No Objection Regarding Reorganized Debtors' Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Carestream Health Holdings, Inc., (II) Terminating Claims and Noticing Services, and (III) Granting Related Relief [Filed: 1/30/23] (Docket No. 42).

    b) [Signed] Final Decree and Order (I) Closing the Chapter 11 Case of Carestream Health Holdings, Inc., (II) Terminating Claims and Noticing Services, and (III) Granting Related Relief [Filed: 1/30/23] (Docket No. 43).

---

[1] The Reorganized Debtor in these chapter 11 cases, along with the last four digits of the Reorganized Debtor's federal tax identification number is: Carestream Health Holdings, Inc. (7822). The location of the Reorganized Debtor's service address is: 150 Verona Street, Rochester, New York 14608. On November 10, 2022, the Court entered an order [Docket No. 245] closing the chapter 11 cases of the Reorganized Debtors other than Case No. 22-10781 (JKS).

<u>Status</u>:  The order has been entered.  No hearing will be necessary.

| | |
|---|---|
| Dated:  January 31, 2023<br>Wilmington, Delaware | */s/ Timothy P. Cairns*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Edward Corma (DE Bar No. 6718)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Telephone:    (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:           ljones@pszjlaw.com<br>                     tcairns@pszjlaw.com<br>                     ecorma@pszjlaw.com |

-and-

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Tricia Schwallier Collins
Yusuf U. Salloum (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:           patrick.nash@kirkland.com
                     tricia.schwallier@kirkland.com
                     yusuf.salloum@kirkland.com

-and-

Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Rachael M. Bentley (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:           nicole.greenblatt@kirkland.com
Email:           rachael.bentley@kirkland.com

*Co-Counsel for the Reorganized Debtors*